UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 41842
     SUSAN K NOVAK
                                          CHAPTER 13

                                          JUDGE: MANUEL BARBOSA

          Debtor
     SSN XXX-XX-9348

------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 11/10/04 and confirmed on 02/15/05.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $  48000.00 .

     4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------
CREDITOR NAME            CLASS         CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                         PAID           PAID
------------------------------------------------------------------------
NATIONAL CITY MORTGAGE   CURRENT MORTG      .00            .00            .00
GMAC PAYMENT CENTER      SECURED        13496.00        945.79       13496.00
ECAST SETTLEMENT CORPORA UNSECURED      32727.97           .00       11850.51
RESURGENT CAPITAL SERVIC UNSECURED      15452.87           .00        5595.35
ECAST SETTLEMENT CORPORA UNSECURED       2674.63           .00         968.46
ECAST SETTLEMENT CORPORA UNSECURED       4912.13           .00        1778.64
KOHLS                    UNSECURED       1731.20           .00         626.85
ECAST SETTLEMENT CORPORA UNSECURED      12917.86           .00        4677.44
SEARS BKRUPTCY RCVRY MGM UNSECURED      NOT FILED          .00            .00
GMAC PAYMENT CENTER      UNSECURED       7648.31           .00        2769.38
NATIONAL CITY MORTGAGE   MORTGAGE ARRE    500.00           .00         500.00
          Summary of disbursements:
------------------------------------------------------------------------
                    SECURED    PRIORITY   UNSECURED      OTHER        TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED  13996.00        .00    78064.97        .00     92060.97
PRINCIPAL PAID      13996.00        .00    28266.63        .00     42262.63
INTEREST PAID         945.79        .00         .00        .00       945.79
TOTAL PAID          14941.79        .00    28266.63        .00     43208.42
The Debtor's attorney, MELVIN J KAPLAN           , was allowed $   2700.00
and was paid $   2700.00 .

The Trustee received $   2091.58 .

Refunds to the Debtor totaled $      .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

Dated: 07/18/08                          /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE

                                  PAGE   2
         CASE NO. 04 B 41842 SUSAN K NOVAK